### AMERICAN HEALTH INSURANCE CORPORATION

v.

### Paul PORTER.

Court of Appeals of Kentucky.

Dec. 11, 1959.

Combs & Combs, Prestonsburg, for appellant.

Edmond H. Tackett, Prestonsburg, for appellee.

PER CURIAM.

This case is before us on motion for an appeal under KRS 21.080, and the facts, authorities cited and the applicable law have been carefully considered.

The motion for an appeal is denied and the judgment is affirmed.